FILED
CLERK, U.S. DISTRICT COURT
FEB 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARMAH VICTOR JOHNSON, | No. CV 05-00593-DOC (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| A. K. SCRIBNER, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: February 13, 2008

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE